64

CALIFORNIA *v.* WASHINGTON.

No. 12, Original.   Argued October 15–16, 1958.—Decided November 10, 1958.

*Wallace Howland,* Assistant Attorney General of California, argued the cause for plaintiff.   With him on the brief were *Edmund G. Brown,* Attorney General, and *Leonard M. Sperry, Jr.,* Deputy Attorney General.

*John J. O'Connell,* Attorney General of Washington, and *Thomas R. Garlington* argued the cause for defendant.   With them on the brief was *Franklin K. Thorp,* Assistant Attorney General.

*Louis J. Lefkowitz,* Attorney General, and *Paxton Blair,* Solicitor General, filed a brief for the State of New York, as *amicus curiae,* in support of the position taken by the plaintiff in its complaint.

PER CURIAM.

The motion for leave to file bill of complaint is denied. U. S. Const., Amend. XXI, § 2; *Indianapolis Brewing Co. v. Liquor Control Commission,* 305 U. S. 391; *Joseph S. Finch & Co.* v. *McKittrick,* 305 U. S. 395; *Mahoney* v. *Joseph Triner Corp.,* 304 U. S. 401; *State Board of California* v. *Young's Market Co.,* 299 U. S. 59.